United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ALAN STRACHAN,                        No. C05-02713 SBA
12          Plaintiff,                    ORDER
13          v.
14  U.S. BANKRUPTCY COURT,
15          Defendant.
    _____/
16
17          The court has identified this action as one that appears
18  suitable for reassignment to Magistrate Judge Nandor J Vadas, whose
19  courtroom is located in Eureka, California, for all future
20  proceedings.  Such reassignment has the potential to result in
21  greater convenience to the parties and more expeditious disposition
22  of the matter on the merits.
23          The parties are directed to confer regarding reassignment
24  and to file, on or before September 21, 2005, a letter stating
25  whether or not the parties consent to reassignment of this matter
26  to Magistrate Judge Vadas.  If the parties so consent, the matter
27  will be transferred.  The parties will thereafter file written
28  consent to the jurisdiction of a magistrate judge in the form

requested by Magistrate Judge Vadas.

IT IS SO ORDERED.

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court

For the Northern District of California

2