United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re.<br><br>COURTSIDE VILLAGE, LLC., a California limited liability company,<br><br>    Debtor.<br>_____<br><br>CHARLES E. SIMS, TRUSTEE IN BANKRUPTCY,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALAN STRACHAN, et al.,<br><br>    Defendants.<br>_____ | No. C 05-2012 and 05-2713 SBA<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion to Continue Reference to the Bankruptcy Court ("Motion to Continue Reference") filed on June 8, 2005 [Docket No. 4 in Case No. 05-2012]. That motion is currently scheduled to be heard on September 13, 2005. On May 16, 2005, Defendants Alan Strachan, Michael Smith, and Smith & Winters LLC filed a Joint Motion to Withdraw Reference to the Bankruptcy Court ("Joint Motion to Withdraw Reference") [Docket No. 1 in Case No. 05-2012]. On July 1, 2005, Defendant Strachan filed a Petition for Writ of Mandamus from Order of Bankruptcy Court Striking the Jury Demand of Petitioner ("Petition for Writ") [Docket No. 1 in Case No. 05-2713]. On August 17, 2005 Defendant Strachan filed a Motion to Stay Adversary Proceedings in Bankruptcy Court

("Motion to Stay") [Docket No. 12 in Case No. 05-2012.] Defendants' Joint Motion to Withdraw Reference, Defendant Strachan's Motion to Stay and Defendant Strachan's Petition for Writ are currently scheduled to be heard by this Court on October 25, 2005 at 1:00 p.m.

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue Reference currently scheduled for hearing on September 13, 2005, at 1:00 p.m. is CONTINUED to **October 25, 2005 at 1:00 p.m.**  All other pretrial and trial deadlines, including briefing schedules, shall remain the same.

IT IS FURTHER ORDERED THAT the Case Management Conference currently set for September 15, 2005 at 3:15 p.m. is CONTINUED to **October 25, 2005 at 1:00 p.m.**, immediately following the hearing on the above-referenced matters.

IT IS SO ORDERED.

Dated: 9-13-05

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge